AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California (San Francisco) |

S. R. MITCHELL
               Plaintiff (s),
V.
DEUTSCHE BANK NATIONAL TRUST, et al.
               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-04212-JSW

Notice is hereby given that, subject to approval by the court, __Deutsche Bank and One West Bank__ substitutes
                                                                                   (Party (s) Name)

Laszlo Ladi_____, State Bar No. 265564 as counsel of record in
   (Name of New Attorney)

place of Mark J. Seifert_____
                 (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | SEVERSON & WERSON |
| Address: | One Embarcadero Center, Suite 2600, San Francisco, CA 94111 |
| Telephone: | (415) 398-3344       Facsimile (415) 956-0439 |
| E-Mail (Optional): | ll@severson.com |

I consent to the above substitution.
Date: 12/3/13

X _Nathan Boucher, Senior Counsel_
                 (Signature of Party (s))

I consent to being substituted.
Date: 12/3/13

_Mark J. Seifert_
                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/3/13

_Laszlo Ladi_
                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 6, 2013

_Jeffrey S. White_
                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]