IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R. MITCHELL,<br><br>      Plaintiff,<br><br>  v.<br><br>DEUTSHE BANK TRUST COMPANY, ET AL.,<br><br>      Defendants. | No. C 13-04212 JSW<br><br>**ORDER VACATING HEARING** |

     Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions which have been noticed for hearing on Friday, March 7, 2014 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

     **IT IS SO ORDERED.**

Dated: February 27, 2014

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE