IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

S.R. MITCHELL,

    Plaintiff,

  v.

DEUTSHE BANK TRUST COMPANY, ET AL.,

    Defendants.

No. C 13-04212 JSW

**ORDER RE ACCIDENTAL DISMISSAL OF REGIONAL SERVICES CORPORATION**

    Plaintiff has filed a number of papers in this matter in a bungled effort to dismiss two out of the three defendants in this matter. The Court accepts the dismissal of Defendant Deutsche Bank National Trust Company and One West Bank, FSB and terminates those defendants from the case. However, it is clear that although a dismissal of Defendant Regional Services Corporation was filed on March 12, 2014, it was done so in error. Plaintiff represents in her latest filing that because the "accidental dismissal cannot be recalled," she intends to refile the entire matter as a new case against Regional Services Corporation, a company that has already filed a motion to dismiss as well as a motion for sanctions in this matter.

    It appears to the Court that the dismissal of Regional Services Corporation was in error and that, for the sake of efficiency, the dismissal should be disregarded. The Court HEREBY ORDERS Defendant Regional Services Corporation to respond to the Court's intention

to reinstate the company as a defendant and to continue this litigation to determine the merits of Defendant's fully-briefed motions. By no later than Monday, March 17, 2014, Defendant Regional Services Corporation shall file a response to this order indicating its position on the course of this litigation.

**IT IS SO ORDERED.**

Dated: March 13, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE